No. 97–854. MICROSOFT CORP. ET AL. v. VIZCAINO ET AL. C. A. 9th Cir. Motions of Information Technology Association of America et al. and Chamber of Commerce of the United States

et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.